**Fill in this information to identify your case:**

Debtor 1    Trevor  Armstrong
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number  21-47493
             (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............ | $ 46,586.26 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............ | $ 46,586.26 |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ | $ 14,651.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............ | $ 175,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ | + $ 121,648.35 |
| **Your total liabilities** | $ 311,299.35 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* ............ | $ 3,557.58 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* ............ | $ 3,557.00 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ 4,024.04

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 45,000.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 130,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 54,562.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 229,562.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Trevor Armstrong
            First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number  21-47493
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

3.1  Make: Porsche

Model: Cayenne

Year:  2004

Approximate mileage:  110000

Other information:

Condition:Poor; Not running, needs coolant system replaced (est $3000), needs brakes, transmission repair;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 4,500.00 | $ 4,500.00 |

3.2  Make: Ford

Model: Mustang

Year:  2007

Approximate mileage:  120000

Other information:

Condition:Fair; Not running, needs new clutch;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 3,500.00 | $ 3,500.00 |

3.3  Make: Mercedes

Model: SL550

Year:  2009

Approximate mileage:  95000

Other information:

Condition:Good; Needs new breaks, headlights, and power steering issues;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 16,000.00 | $ 16,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
   you have attached for Part 2. Write that number here.................................................................................➤ | $ 24,000.00

---

**Part 3:**   **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|

6. **Household goods and furnishings**

   Do not deduct secured claims or exemptions.

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe...

   | Normal household furniture and appliances | $ 1,000.00 |

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe...

   | TV, mobile phone | $ 200.00 |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe...

    | Everyday clothing | $ 500.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver
    - ☑ No
    - ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☑ No
    - ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**............................................................................................................➤ | $1,700.00

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☑ No
- ☐ Yes.................................................................................................................. Cash .......................... $ _____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes..................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Citizens Bank | $ 0.89 |
| 17.2. Checking account: | PNC Bank | $ 0.00 |
| 17.3. Other financial account: | Cashapp | $ 0.00 |
| 17.4. Savings account: | PNC Bank | $ 0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

- ☐ No
- ☑ Yes..................

Institution or issuer name:

| | |
|---|---|
| Robinhood | $ 1,030.00 |
| We bull | $ 302.00 |
| PNC Bank | $ 0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

- ☑ No
- ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

- ☑ No
- ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

- ☐ No
- ☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | Fidelity | $ 16,980.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- ☑ No
- ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

- ☑ No
- ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | | |
|---|---|---|
|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Garnished wages within 90 days of filing | $ 2,573.37 |
|---|---|

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................➤

$ 20,886.26

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...........................➤ | $0.00 |

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................................................................➤ | $0.00 |

56. **Part 2: Total vehicles, line 5**                           $ 24,000.00

57. **Part 3: Total personal and household items, line 15**    $ 1,700.00

58. **Part 4: Total financial assets, line 36**                $ 20,886.26

59. **Part 5: Total business-related property, line 45**       $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00

61. **Part 7: Total other property not listed, line 54**     + $ 0.00

62. **Total personal property. Add lines 56 through 61** ................... | $ 46,586.26 |   Copy personal property total ➤ | + $ 46,586.26 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | $ 46,586.26 |

**Fill in this information to identify your case:**

Debtor 1      Trevor  Armstrong
_____
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number    21-47493
(If known)     _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption | |
| Brief description: 2004 Porsche Cayenne<br>Line from *Schedule A/B*: 3.1 | $ 4,500.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: 2004 Porsche Cayenne<br>Line from *Schedule A/B*: 3.1 | $ 4,500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: 2007 Ford Mustang<br>Line from *Schedule A/B*: 3.2 | $ 3,500.00 | ☑ $ 1,825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** 2009 Mercedes SL550 <br> **Line from Schedule A/B:** 3.3 | $16,000.00 | ☑ $ 3,024.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| **Brief description:** Household goods - Normal household furniture and appliances <br> **Line from Schedule A/B:** 6 | $1,000.00 | ☑ $ 1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Brief description:** Electronics - TV, mobile phone <br> **Line from Schedule A/B:** 7 | $200.00 | ☑ $ 200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Brief description:** Clothing - Everyday clothing <br> **Line from Schedule A/B:** 11 | $500.00 | ☑ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Brief description:** Citizens Bank (Checking) <br> **Line from Schedule A/B:** 17.1 | $0.89 | ☑ $ 0.89 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| **Brief description:** Robinhood <br> **Line from Schedule A/B:** 18 | $1,030.00 | ☑ $ 1,030.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| **Brief description:** We bull <br> **Line from Schedule A/B:** 18 | $302.00 | ☑ $ 302.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| **Brief description:** Fidelity <br> **Line from Schedule A/B:** 21 | $16,980.00 | ☑ $ 16,980.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **Brief description:** Garnished wages within 90 days of filing (owed to debtor) <br> **Line from Schedule A/B:** 34 | $2,573.37 | ☑ $ 2,573.37 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| **Brief description:** <br> **Line from Schedule A/B:** | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** <br> **Line from Schedule A/B:** | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:** <br> **Line from Schedule A/B:** | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Trevor Armstrong
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   Eastern District of Michigan

Case number    21-47493
(if know)

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:   $ 1,675.00    $ 3,500.00    $ 0.00

ONEMAIN
_____
Creditor's Name

PO BOX 1010
_____
Number    Street

EVANSVILLE IN     47706
_____
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   12-Apr

---

2007 Ford Mustang - $3,500.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 3021

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

| 2.2 | Describe the property that secures the claim: | $ 12,976.00 | $ 16,000.00 | $ 0.00 |

TOYOTA MTR
Creditor's Name

PO BOX 9786
Number   Street

CEDAR RAPIDS IA        52409
City               State   ZIP Code

2009 Mercedes SL550 - $16,000.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred  16-Feb

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 1

Add the dollar value of your entries in Column A on this page. Write that number here:  | $ 14,651.00 |

---

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D                     Schedule D: Creditors Who Have Claims Secured by Property                     page 2 of 2

Fill in this information to identify your case:

Debtor 1    Trevor Armstrong
            First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number   21-47493
(if know)

☐ Check if this is
  an amended
  filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** United States District Court<br>Priority Creditor's Name<br><br>231 W Lafayette Blvd<br>Number    Street<br>Detroit MI      48226<br>City    State    ZIP Code | **Last 4 digits of account number** 1331<br>**When was the debt incurred?** 2002<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $<br>130,000.00 | $ 0.00 | $<br>130,000.00 |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 1 of 12

| 2.2 | | | |
|---|---|---|---|

**Wayne County Friend of the Court**
Priority Creditor's Name

**645 Griswold St**
Number    Street

**Detroit MI      48226**
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1331
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$ 45,000.00    $ 0.00    $ 45,000.00

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
☑ Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | |
|---|---|---|

**Advanced Eye Care MD PC**
Nonpriority Creditor's Name

**23077 Greenfield RD**
Number    Street

**Ste 144**

**Southfield MI      48075**
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6010
**When was the debt incurred?** 10/31/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

$ 170.63

| 4.2 | | |
|---|---|---|

**BK OF AMER**
Nonpriority Creditor's Name

**PO BOX 982238**
Number    Street

**EL PASO TX      79998**
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9646
**When was the debt incurred?** 12-Sep

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 2,523.00

| 4.3 | CAPITAL ONE | | Last 4 digits of account number  5563 | | $ 5,031.00 |

**4.3**

CAPITAL ONE
Nonpriority Creditor's Name

PO BOX 31293
Number    Street

SALT LAKE CITY UT    84131
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  5563**

**When was the debt incurred?** 12-Oct

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  BUSINESS CREDIT CARD

$ 5,031.00

---

**4.4**

CAPITAL ONE
Nonpriority Creditor's Name

PO BOX 31293
Number    Street

SALT LAKE CITY UT    84131
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  3044**

**When was the debt incurred?** 8-Jul

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ 782.00

---

**4.5**

CAPITAL ONE
Nonpriority Creditor's Name

PO BOX 31293
Number    Street

SALT LAKE CITY UT    84131
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  5810**

**When was the debt incurred?** 11-Aug

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ 794.00

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 12

---

**4.6** | CAVALRY PORT

Nonpriority Creditor's Name

500 SUMMIT LAKE DRIVE

Number   Street

VALHALLA NY   10595

City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 1569

**When was the debt incurred?** 19-Aug

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CITIBANK(banking)

$ 1,409.00

---

**4.7** | Credit Acceptance

Nonpriority Creditor's Name

Po Box 5070

Number   Street

Southfield MI   48086

City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 2882

**When was the debt incurred?** 08/14/2014

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 22,058.42

---

**4.8** | DEBT REC SOL

Nonpriority Creditor's Name

6800 JERICHO TURNPIKE

Number   Street

SYOSSET NY   11791

City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 2178

**When was the debt incurred?** 21-Mar

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CASHNETUSA(financial)

$ 670.00

---

Official Form 106E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 4 of 12

| 4.9 | Deville Mgmt |
|---|---|

Nonpriority Creditor's Name

Attn: Bankruptcy

Number    Street

Po Box 1987

Colleyville TX    76034-0000
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  1035

**When was the debt incurred?**  01/11/2018

$ 9,330.90

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.10 | DTE Energy |
|---|---|

Nonpriority Creditor's Name

One Energy Plaza

Number    Street

Detroit MI    48226
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  1331

**When was the debt incurred?**  _____

$ 1,153.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

---

| 4.11 | First Savings Credit Card |
|---|---|

Nonpriority Creditor's Name

PO Box 2509

Number    Street

Omaha NE    68103
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**  02/23/2018

$ 116.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 5 of 12

**4.12** FIRST SVG CC
Nonpriority Creditor's Name

500 EAST 60TH ST NORTH
Number    Street

SIOUX FALLS SD    57104
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9089

**When was the debt incurred?** 16-Jul

$ 456.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.13** FNCC
Nonpriority Creditor's Name

500 EAST 60TH ST NORTH
Number    Street

SIOUX FALLS SD    57104
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 569

**When was the debt incurred?** 14-Apr

$ 452.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

**4.14** FST PREMIER
Nonpriority Creditor's Name

3820 N LOUISE AVE
Number    Street

SIOUX FALLS SD    57107
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 132

**When was the debt incurred?** 13-Jun

$ 898.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 6 of 12

### 4.15

**FST PREMIER**
Nonpriority Creditor's Name

3820 N LOUISE AVE
Number     Street

SIOUX FALLS SD     57107
City         State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8358

**When was the debt incurred?** 14-Nov

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 477.00

---

### 4.16

Genesis Bank Card Services
Nonpriority Creditor's Name

Genesis FS Card Services PO Box 4477
Number     Street

Beaverton, OR 97076

PO Box 4477

Beaverton OR     97076
City         State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5909

**When was the debt incurred?** 09/14/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 881.30

---

### 4.17

Jefferson Capital Systems, LLC
Nonpriority Creditor's Name

Po Box 1999
Number     Street

Saint Cloud MN     56302-0000
City         State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0848

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  PayPal Account

$ 399.10

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 7 of 12

---

**4.18**    **JPMCB CARD**

Nonpriority Creditor's Name

PO BOX 15369

Number    Street

WILMINGTON DE      19850

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9595

**When was the debt incurred?**   12-Jun

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Credit Card Debt

$ 2,513.00

---

**4.19**    **MIDLAND CRED**

Nonpriority Creditor's Name

320 EAST BIG BEAVER

Number    Street

TROY MI      48083

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3644

**When was the debt incurred?**   21-Mar

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CAPITAL ONE N A(retail)

$ 498.00

---

**4.20**    **NAVIENT**

Nonpriority Creditor's Name

PO BOX 9500

Number    Street

WILKES BARRE PA      18773

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   127

**When was the debt incurred?**   6-Jan

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$ 36,332.00

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 8 of 12

| 4.21 | | |
|---|---|---|

**NCB**
Nonpriority Creditor's Name

__1 ALLIED DRIVE__
Number    Street

__TREVOSE PA    19053__
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 9116
**When was the debt incurred?** __16-Dec__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  REPUBLIC BANK TRUSTCO(financial)

$ __4,211.00__

---

| 4.22 | | |
|---|---|---|

**PORTFOLIO RC**
Nonpriority Creditor's Name

__120 CORPORATE BLVD STE 100__
Number    Street

__NORFOLK VA    23502__
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8725
**When was the debt incurred?** __19-Feb__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  SYNCHRONYBANK(banking)

$ __4,542.00__

---

| 4.23 | | |
|---|---|---|

**PORTFOLIO RC**
Nonpriority Creditor's Name

__120 CORPORATE BLVD STE 100__
Number    Street

__NORFOLK VA    23502__
City    State    ZIP Code

**Who owes the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5767
**When was the debt incurred?** __18-Oct__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  HSBC BANK NEVADA NA(banking)

$ __466.00__

| 4.24 | RECMGMT SRVC | | Last 4 digits of account number  202 | | | $ 162.00 |

**4.24**

RECMGMT SRVC
Nonpriority Creditor's Name

240 EMERY STREET
Number    Street

BETHLEHEM PA    18015
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  202
**When was the debt incurred?**  19-Feb

$ 162.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  PROGRESSIVEINSURANCE(insurance)

---

**4.25**

SYNCB/PPC
Nonpriority Creditor's Name

PO BOX 965005
Number    Street

ORLANDO FL    32896
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  4486
**When was the debt incurred?**  12-May

$ 1,700.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

**4.26**

TD AUTO FIN
Nonpriority Creditor's Name

PO BOX 9223
Number    Street

FARMINGTON MI    48333
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  9335
**When was the debt incurred?**  15-Jan

$ 5,393.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  AUTOMOBILE

| | |
|---|---|
| **4.27** | **USDOE/GLELSI** |

**USDOE/GLELSI**
Nonpriority Creditor's Name

2401 INTERNATIONAL LANE
Number    Street

MADISON WI    53704
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8581
**When was the debt incurred?** Jul-97

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

$ 18,230.00

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

36th District Court
Creditor's Name

421 Madison Ave
Number    Street

Detroit MI    48226
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.7 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number** 2882

---

Emergent Services
Creditor's Name

100 Lakeside Dr
Number    Street

Ste 150

Horsham PA    19044
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 5909

---

Weber & Olcese, PLC
Creditor's Name

PO Box 1330
Number    Street

Birmingham MI    48012-1330
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.9 of *(Check one)*:
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 0260

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 45,000.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 130,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 175,000.00 |

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 11 of 12

| Total claims from Part 2 | | | Total claim |
|---|---|---|---|
| | 6f. **Student loans** | 6f. | $ 54,562.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 67,086.35 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 121,648.35 |

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Fill in this information to identify your case:

Debtor 1        Trevor Armstrong
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number      21-47493
(if know)

☐ Check if this is
an amended
filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
| --- | --- |
| | |

Debtor 1  Trevor Armstrong

First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number  21-47493
(if know)

☐ Check if this is
an amended
filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |

**Fill in this information to identify your case:**

Debtor 1　Trevor　Armstrong
　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the:　Eastern District of Michigan

Case number　21-47493
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
　income as of the following date:
　_____
　MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Sales | |
| | Employer's name | Adient | |
| | Employer's address | 7000 Tank Ave<br>Number　Street | Number　Street |
| | | Warren, MI 48092<br>City　　State　ZIP Code | City　　State　ZIP Code |
| | How long employed there? | 8 years | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,117.40 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 4,117.40 | $_____ |

First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.......................................➔ 4. | $ 4,117.40 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ 418.25 | $ |
| 5b. | Mandatory contributions for retirement plans | 5b. $ 0.00 | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. $ 0.00 | $ |
| 5d. | Required repayments of retirement fund loans | 5d. $ 0.00 | $ |
| 5e. | Insurance | 5e. $ 66.13 | $ |
| 5f. | Domestic support obligations | 5f. $ 0.00 | $ |
| 5g. | Union dues | 5g. $ 57.20 | $ |
| 5h. | Other deductions. Specify: Other insurance | 5h. + $ 18.24 | + $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

| | | | |
|---|---|---|---|
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. $ 559.82 | $ |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ 3,557.58 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ |
| 8b. | Interest and dividends | 8b. $ 0.00 | $ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ |
| 8d. | Unemployment compensation | 8d. $ 0.00 | $ |
| 8e. | Social Security | 8e. $ 0.00 | $ |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. $ 0.00 | $ |
| 8g. | Pension or retirement income | 8g. $ 0.00 | $ |
| 8h. | Other monthly income. Specify: | 8h. + $ 0.00 | + $ |

| | | | |
|---|---|---|---|
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. $ 0.00 | $ |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 3,557.58 + | $ = $ 3,557.58 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:      11. + $ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12. $ 3,557.58

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1        Trevor   Armstrong
                First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the:   Eastern District of Michigan
                                                                 (State)

Case number    21-47493
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No

   Do not list Debtor 1 and         ☑ Yes. Fill out this information for
   Debtor 2.                            each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 22 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include**     ☑ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,100.00 |
| If not included in line 4: |  |  |
| 4a.   Real estate taxes | 4a. | $ 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 25.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ 0.00 |

21-47493-mar    Doc 14    Filed 10/01/21    Entered 10/01/21 14:24:48    Page 28 of 37

|  | Your expenses |
|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.  $_____0.00_

6.  **Utilities:**

    6a.  Electricity, heat, natural gas    6a.  $_____150.00_

    6b.  Water, sewer, garbage collection    6b.  $_____100.00_

    6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.  $_____75.00_

    6d.  Other. Specify: _____    6d.  $_____0.00_

7.  **Food and housekeeping supplies**    7.  $_____475.00_

8.  **Childcare and children's education costs**    8.  $_____0.00_

9.  **Clothing, laundry, and dry cleaning**    9.  $_____100.00_

10.  **Personal care products and services**    10.  $_____100.00_

11.  **Medical and dental expenses**    11.  $_____25.00_

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.  $_____275.00_

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.  $_____50.00_

14.  **Charitable contributions and religious donations**    14.  $_____25.00_

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance    15a.  $_____95.00_

    15b.  Health insurance    15b.  $_____0.00_

    15c.  Vehicle insurance    15c.  $_____170.00_

    15d.  Other insurance. Specify: _____    15d.  $_____0.00_

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.  $_____0.00_

17.  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    17a.  $_____612.00_

    17b.  Car payments for Vehicle 2    17b.  $_____0.00_

    17c.  Other. Specify: _____    17c.  $_____0.00_

    17d.  Other. Specify: _____    17d.  $_____0.00_

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.  $_____0.00_

19.  **Other payments you make to support others who do not live with you.**
Specify: _____    19.  $_____0.00_

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

    20a.  Mortgages on other property    20a.  $_____0.00_

    20b.  Real estate taxes    20b.  $_____0.00_

    20c.  Property, homeowner's, or renter's insurance    20c.  $_____0.00_

    20d.  Maintenance, repair, and upkeep expenses    20d.  $_____0.00_

    20e.  Homeowner's association or condominium dues    20e.  $_____0.00_

21.  **Other**. Specify: Attorney Fee for Bankruptcy                          21.  +$_____180.00

     _____                      +$_____

     _____                      +$_____

22.  **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.                                     22a.  $_____3,557.00

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a     22b.  $_____

     and 22b. The result is your monthly expenses.                    22c.  $_____3,557.00

23.  **Calculate your monthly net income.**

     23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.  $_____3,557.58

     23b. Copy your monthly expenses from line 22c above.            23b.  −$_____3,557.00

     23c. Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income.*                   23c.  $_____0.58

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1   Trevor  Armstrong
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Eastern District of Michigan

Case number   21-47493
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Trevor  Armstrong                    ✖ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 10/01/2021                               Date _____
MM / DD / YYYY                                 MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1      Trevor Armstrong
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number   21-47493
(if know)

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ **Married**

☑ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions<br>and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 33,108.53 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br><br>(January 1 to December 31, 2020 ) | ☑ Wages, commissions, bonuses, tips | $ 40,561.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2019 ) | ☑ Wages, commissions, bonuses, tips | $ 49,559.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 1 of 6

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No

☐ Yes. Fill in the details.

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

*\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.*

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.

☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Velocity Investments, LLC Case number: 18157908 | ; Date filed: 08/12/2020 | 36th District Court<br>Court Name<br>421 Madison Ave<br>Number    Street<br>Detroit MI      48226<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title: Credit Acceptance vs Trevor Armstrong | Garnishment: ; Date filed: 08/14/2014 | 36th District Court | ☑ Pending |
| Case number: 03152882 | | Court Name | ☐ On appeal |
| | | 421 Madison Ave | ☐ Concluded |
| | | Number   Street | |
| | | Detroit MI    48226 | |
| | | City    State    ZIP Code | |

**10.Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
| --- | --- | --- | --- |
| Velocity Investment | | 05/2021 | $ 12,357.76 |
| Creditor's Name | **Explain what happened** | | |
| 1800 Route 34n | ☐ Property was repossessed. | | |
| Number   Street | ☐ Property was foreclosed. | | |
| Belmar NJ    07719 | ☑ Property was garnished. | | |
| City   State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

**11.Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details

**12.Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
| --- | --- |

**13.Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

**14.Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
| --- | --- |

**15.Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
| --- | --- |

**16.Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy           page 3 of 6

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| <u>Summit Financial Education</u><br>Person Who Was Paid<br><u>Attn: Customer Service</u><br>Number    Street<br><u>4800 E Flower St</u><br><br><u>Tucson AZ      85712</u><br>City      State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | Credit Counseling Certificate Course | <u>09/2021</u> | $ <u>15.00</u><br><br>$ _____ |

**17.Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Official Form 107                 Statement of Financial Affairs for Individuals Filing for Bankruptcy                 page 5 of 6

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Trevor Armstrong                              ✖ _____
Signature of Debtor 1                                   Signature of Debtor 2

Date  10/01/2021                                      Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice,
                                                    Declaration, and Signature (Official Form 119).